IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RELIASTAR LIFE INSURANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV285-M |
| | ) | [WO] |
| LYNN ULRICH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

The parties in this case have reached a consent settlement, pursuant to which the defendants have filed a Motion to Distribute Funds Deposited With Clerk of Court (Doc. # 11). The parties have agreed that the funds "shall be paid over to Defendant, Lynn Ulrich, as Trustee of each of the three minor children, Ryan M. Hedrick, Lauren M. Hedrick, and Matthew Hedrick". The defendants in turn have released Reliastar Life Insurance Company from any further liability under the life insurance benefits referenced in the complaint.

Accordingly, it is

ORDERED that the Clerk of the Court shall distribute forthwith unto Richard A. Harrison, Esq., in trust, the entire amount of funds, including interest, held on deposit with said Clerk in this cause. The court anticipates a dismissal of the action upon disbursement by the Clerk as directed herein.

DONE this 17th day of February, 2006

                        /s/ Vanzetta Penn McPherson
                        VANZETTA PENN MCPHERSON
                        UNITED STATES MAGISTRATE JUDGE