IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RELIASTAR LIFE INSURANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV285-VPM |
| | ) | [WO] |
| LYNN ULRICH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case remains pending on the plaintiff's Motion to Dismiss, filed on 13 February 2006 (Doc. # 12).  Previously, the court notified the parties that this case was assigned to a Magistrate Judge for all purposes and that each party had the right to request reassignment of the case to a District Judge.  After the time for requesting reassignment expired, the court requested that the parties confirm their consent to the Magistrate Judge in writing by sending a consent form to the Clerk of the court.  Thirty days have elapsed since the defendants filed their Answers, and the Clerk, without identifying a specific party, has advised the court that one or more parties has not returned the consent form.  The undersigned can take no action of the pending Motion to Dismiss without the consent of **all of the parties**. Accordingly, it is

ORDERED that on or before 17 March 2006, all parties who have failed to submit the consent form shall forward a completed consent form to the Clerk of the court, or notify the Clerk of the party's desire to have this case re-assigned to a District Judge.  A

copy of the form is enclosed for a party's use.  The consent form should not be filed electronically.

DONE this 9th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| _____, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>_____, )<br>)<br>Defendant. ) | CIVIL ACTION NO. |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____    _____
DATE                                                              SIGNATURE

_____
COUNSEL FOR (print name of all parties)

_____
ADDRESS, CITY, STATE, ZIP CODE

_____
TELEPHONE NUMBER

***  DO NOT FILE THIS DOCUMENT ELECTRONICALLY ***