IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RELIASTAR LIFE INSURANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV285-VPM |
| | ) | [WO] |
| LYNN ULRICH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Consistent with a prior order of this court (Doc. # 20), the parties filed their Joint Motion to Discharge Plaintiff and to Dismiss on 10 May 2006 (Doc. # 27). The material allegations of the motion are as follows:

> As grounds [for the motion], the parties state that they have previously shown unto the Court that they have reached a settlement of this matter, and the life insurance proceeds made the basis of this action have been distributed pursuant to the prior Order of this Court.

Based on the parties' mutual representations, their compliance with the court's previous order, and for good cause, it is

ORDERED that the motion is GRANTED. The plaintiff is DISCHARGED, and this case is hereby DISMISSED with prejudice. The Clerk of the court is DIRECTED to terminate all pending motions.

DONE this 11th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE